UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE RAY AND KERVIN ALEMAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS<br><br>v.<br><br>ADC and T LLC, ITS AFFILIATES AND AGENTS,<br><br>DEFENDANTS | CA NO. 3:25-cv-2159-X<br><br>JURY DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Plaintiffs Terrence Ray and  seek an order from this Court for Leave to Proceed without Local Counsel and in support thereof would show as follows:

Plaintiffs have brought this class action lawsuit against Defendants for violations of the Federal Motor Carrier Safety Administration's "Truth in Leasing" regulations. Douglas B. Welmaker is lead counsel of record for Plaintiffs and does not reside or maintain a principal office within 50 miles of the Dallas federal courthouse.

Pursuant to Local Rule 83.10(a)[1] of the Northern District of Texas, designation of local

---

[1] Local Rule 83.10 states "Unless exempted by LR 83.11, local counsel is required in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district. "Local counsel" means a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending. Attorneys desiring to proceed without local counsel must obtain leave from the presiding judge. If the request for leave is denied, written designation of local counsel must be filed within 14 days of the denial."

counsel, as defined therein, would be required absent leave. However, given Mr. Welmaker's experience regarding Northern District litigation, which he has litigated for over 25 years, Plaintiffs hereby seek leave to proceed without local counsel.[2] Given the fact that the Dallas Courthouse is approximately 2.0 hours from Counsel's current residence in Longview, Texas, Mr. Welmaker can easily appear before the Court, in person or via Zoom, the very same day he is requested to appear before the Court, provided there are no scheduling conflicts. Furthermore, granting leave to allow Plaintiffs to proceed without the requirement to retain additional local counsel will avoid duplication of effort and spare additional legal expense.

Respectfully submitted,

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFFS**

---

[2] Judge Lynn in *Pacheco v. Insane Vinyl, LLC et al*, CA 3:22-cv-1478-M, Dkt. 6, this Honorable Court in *Owens v. AMK Desoto*, CA 3:22-cv-1455-X, Dkt. 8 and *Lozano v. Go Wild Fabrication & Welding LLC*, CA 3:22-cv-2107-X, Dkt. 9, and Judge O'Connor in *Frazier v. KM Holdings, Granbury, LLC et al*, CA 4:23-cv-761-O, Dkt. 6 and *Moore v. Kinship Place*, CA 4:24-cv-01036, Dkt. 9, have all granted the same motion to proceed without local counsel.