UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE RAY AND KERVIN ALEMAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS<br><br>v.<br><br>ADC and T LLC, ITS AFFILIATES AND AGENTS,<br><br>DEFENDANTS | § § § § § § § § § § § § § § | CA NO. 3:25-cv-2159-X<br><br><br>JURY DEMANDED |

### REQUEST FOR CLERK's ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a) Plaintiffs Terrence Ray and Kervin Aleman respectfully request that the Clerk of the Court enter the default of Defendant ADC and T, LLC.

Plaintiffs filed this action on August 12, 2025, Dkt. 1. On October 1, 2025, Plaintiffs served Defendant's registered agent for service of process, Registered Agents, Inc., at 5900 Balcones Drive, Suite 100, Austin, Texas 78731. Dkt. 4. Defendant's Answer or other responsive pleading was due on or before October 22, 2025. Because Defendant has failed to file an Answer or other responsive pleading, Plaintiffs request that the clerk enter default against Defendant ADC and T, LLC.

    Respectfully submitted,

    WELMAKER LAW, PLLC


    */s/ Douglas B. Welmaker*
    Douglas B. Welmaker
    Attorney-in-Charge
    State Bar No. 00788641
    Welmaker Law, PLLC
    505 E. Magrill St.
    Longview, Texas 75601
    Phone: (512) 799-2048
    Email: doug@welmakerlaw.com

    **ATTORNEY FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Request for Entry of Default has been served on Defendant ADC and T, LLC on October 29, 2025 via the following method at the address below:

Via Certified Mail and Regular Mail

ADC and T, LLC
Via Registered Agents, Inc.
5900 Balcones Drive, Suite 100
Austin, Texas 78731

    */s/ Douglas B. Welmaker*
    Douglas B. Welmaker

2