UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE RAY AND KERVIN ALEMAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS <br><br> v. <br><br> ADC and T LLC, ITS AFFILIATES AND AGENTS, <br><br> DEFENDANTS | § § § § § § § § § § § § § § § | CA NO. 3:25-cv-2159-X <br><br><br> JURY DEMANDED |

### NOTIFICATION OF DEFENDANT ADC AND T LLC'S BANKRUPTCY AND REQUEST FOR STAY

1. Plaintiffs sent Defendant ADC and T, LLC a demand letter on July 16, 2025 by both regular and certified mail.

2. Unbeknownst to Plaintiffs, Defendant ADC and T, LLC filed for bankruptcy one week earlier, on July 9, 2025 in the Northern District of Texas, CA 25-32569. Despite assumed receipt of the settlement demand at least by regular mail, Defendant did not notify Plaintiffs or their counsel about this bankruptcy filing, nor were Plaintiffs listed as potential creditors.

3. Plaintiffs filed suit on August 12, 2025, and Plaintiffs served Defendant on October 12, 2025. Once again, in spite of service on Defendant's registered agent, Defendant did not notify Plaintiffs or their counsel about this bankruptcy filing, nor were Plaintiffs listed as potential creditors.

4. Plaintiffs filed a Request for Default with the Clerk of the Court on October 29, 2025.

5. On January 26, 2026 this Court ordered Plaintiffs to file a Motion for Default.

6.   In the process of reviewing this matter, counsel for Plaintiffs discovered that Defendant had filed Bankruptcy.

7.   Plaintiffs are in the process of making an appearance in the bankruptcy case, but until the bankruptcy is dismissed or otherwise resolved, Plaintiffs notify this Court that Defendant has filed bankruptcy and that this case should be stayed.

Respectfully submitted,

WELMAKER LAW, PLLC


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notification of Defendant ADC and T, LLC's Bankruptcy and Request for Stay was filed through this Court's ECF system and that counsel for Defendant has been served with this Notice in the method below February 9, 2025.


ADC and T, LLC via its bankruptcy attorney Joyce Lindauer at joyce@joycelindauer.com


                                                 */s/ Douglas B. Welmaker*
                                                 Douglas B. Welmaker