**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRENCE RAY AND KERVIN ALEMAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| | § | **Case No. 3:25-cv-02159-X** |
| **Plaintiffs,** | § § | |
| **v.** | § § | |
| **ADC AND T, LLC, ITS AFFILIATES AND AGENTS** | § § § | |
| **Defendants.** | § | |

**<u>JOINT STATUS REPORT REGARDING THE BANKRUPTCY PROCEEDINGS</u>**

Plaintiffs Terrence Ray and Kervin Aleman, and Defendant ADC and T, LLC, appearing for the limited purpose stated below, file this joint status report in response to the Court's order of September 3, 2026, and state the following:

## PROCEDURAL BACKGROUND

Plaintiffs filed their Notification of Defendant ADC and T, LLC's Bankruptcy and Request for Stay on February 9, 2026. (Doc. 10).

On February 11, 2026, the Court stayed this case and all subsequent deadlines in light of the Suggestion of Bankruptcy, and instructed the parties to file status reports every six months from the date of that order. (Doc. 11). Plaintiffs' counsel did not file the report due on August 11, 2026.

On September 3, 2026, the Court ordered the parties to file a joint status report no later than September 10, 2026 regarding the status of the bankruptcy proceedings. (Doc. 12). The parties file this report after that deadline. Plaintiffs' counsel sent the proposed joint report to

Debtor's counsel on September 3 and September 4, 2026, and he waited past September 10 for her to confirm her signature block before filing.

**THE PARTIES' CONFERENCE AND DEFENDANT'S LIMITED APPEARANCE**

Defendant has not appeared in this action. The Clerk entered default against Defendant on October 30, 2025. (Doc. 8). No attorney has appeared for Defendant in this Court.

Joyce W. Lindauer represents ADC and T, LLC as debtor's counsel in the bankruptcy case. Plaintiffs' counsel contacted Ms. Lindauer on September 3, 2026 to confer about a joint report. Ms. Lindauer stated that Defendant would join in this report on a limited basis, and Plaintiffs' counsel sent her the proposed report on September 3 and September 4, 2026.

Defendant joins in this report for the limited purpose of responding to the Court's September 3, 2026 order. Defendant does not make a general appearance in this action. Defendant does not waive, and expressly preserves, the protection of the automatic stay under 11 U.S.C. section 362(a), any defense as to service of process or personal jurisdiction, and all rights and defenses with respect to the entry of default.

**STATUS OF THE BANKRUPTCY PROCEEDINGS**

ADC and T, LLC filed a voluntary petition under Chapter 11 of the Bankruptcy Code on July 9, 2025, in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division. The case is styled In re ADC and T LLC, No. 25-32569-swe-11, and Judge Scott W. Everett presides over it. The bankruptcy court administers the case jointly with No. 25-32570.

The bankruptcy court set November 17, 2025 as the deadline for filing proofs of claim, and January 5, 2026 as the deadline for governmental units.

The Debtor filed an amended Chapter 11 plan on May 13, 2026. Ford Motor Credit Company LLC and the Texas Comptroller of Public Accounts each objected to confirmation of that plan.

On August 26, 2026, the bankruptcy court entered an order approving the disclosure statement for the Debtor's Second Amended Combined Plan of Reorganization and Disclosure Statement, which the Debtor filed as a single combined document at bankruptcy Docket No. 200. That order set the confirmation hearing for September 30, 2026 at 9:30 a.m. before the Honorable Scott W. Everett, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas, with remote appearance available by video conference. The Debtor filed its notice of the confirmation hearing on August 31, 2026.

The same order set two deadlines of September 23, 2026. Objections to confirmation of the Second Amended Plan must be filed and served on counsel of record for the Debtor by that date, and ballots accepting or rejecting the Second Amended Plan must be submitted to counsel of record for the Debtor by that date. The order further directed that on or before August 28, 2026, copies of the order, the Second Amended Plan, notice of the confirmation hearing, and a ballot conforming to Official Form 14 be mailed to creditors, equity security holders, and other parties in interest, and transmitted to the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d).

The Debtor has filed monthly operating reports through the month ending July 31, 2026.

The bankruptcy case remains open. The bankruptcy court has not confirmed a plan, and it has neither converted nor dismissed the case.

**EFFECT ON THIS ACTION**

The automatic stay under 11 U.S.C. section 362(a) applies to this action against the Debtor. The parties ask that this action remain stayed while the bankruptcy case proceeds.

At the hearing set for September 30, 2026, the bankruptcy court will decide whether to confirm a plan. The parties propose to file a further status report within fourteen days after the confirmation hearing, or on any other schedule the Court prefers.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: */s/ Douglas B. Welmaker*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFFS**
**TERRENCE RAY AND KERVIN ALEMAN**

JOYCE W. LINDAUER ATTORNEY, PLLC
117 S. Dallas Street
Ennis, Texas 75119
Tel: (972) 503-4033
Fax: (972) 503-4034

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
Texas State Bar No. 21555700
joyce@joycelindauer.com

COUNSEL FOR DEFENDANT ADC AND T, LLC (LIMITED APPEARANCE)

**CERTIFICATE OF SERVICE**

On September 12, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system. No counsel has appeared for Defendant in this Court. On the same date, I served the document by email on Joyce W. Lindauer, counsel for Defendant in its bankruptcy case, at joyce@joycelindauer.com, and by U.S. mail on Defendant ADC and T, LLC through its registered agent.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker