**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TERRENCE RAY AND KERVIN ALEMAN, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,** | § | |
| | § | **Case No. 3:25-cv-02159-X** |
| **Plaintiffs,** | § | |
| **v.** | § | |
| **ADC AND T, LLC, ITS AFFILIATES AND AGENTS** | § | |
| **Defendants.** | § | |

**PLAINTIFFS' STATUS REPORT REGARDING THE BANKRUPTCY PROCEEDINGS**

Plaintiffs Terrence Ray and Kervin Aleman file this status report on the bankruptcy proceedings of Defendant ADC and T, LLC, as the parties proposed in their Joint Status Report of September 12, 2026 (Doc. 13), and state the following:

**PROCEDURAL BACKGROUND**

On February 11, 2026, the Court stayed this case and all subsequent deadlines and instructed the parties to file status reports every six months from the date of that order. (Doc. 11). On September 3, 2026, the Court ordered the parties to file a joint status report regarding the status of the bankruptcy proceedings. (Doc. 12).

The parties filed that report on September 12, 2026. (Doc. 13). The report stated that the bankruptcy court had set a hearing on confirmation of Defendant's plan for September 30, 2026, and the parties proposed to file a further status report within fourteen days after that hearing. (*Id.*).

Defendant has not appeared in this action, and the Clerk entered default against Defendant on October 30, 2025. (Doc. 8). Joyce W. Lindauer, Defendant's counsel in the bankruptcy case, signed the September 12, 2026 report on a limited appearance for Defendant. (Doc. 13 at 4).

**STATUS OF THE BANKRUPTCY PROCEEDINGS**

The bankruptcy case is *In re ADC and T LLC*, No. 25-32569-swe-11 (Bankr. N.D. Tex.), and Judge Scott W. Everett presides over it. Citations in this report to "Bankr. Doc." are to the docket in that case.

Defendant did not list either Plaintiff as a creditor in its amended schedule of unsecured creditors, which it filed on February 5, 2026. (Bankr. Doc. 154). Neither Plaintiff filed a proof of claim before the November 17, 2025 claims deadline.

On September 23, 2026, Plaintiffs filed a motion in the bankruptcy case for leave to file proofs of claim after that deadline. (Bankr. Doc. 244). Defendant did not oppose the motion. Judge Everett heard that motion on September 30, 2026 and granted it. (Bankr. Doc. 268).

On October 1, 2026, the bankruptcy court entered its order granting Plaintiffs leave to file their proofs of claim. (Bankr. Doc. 266). The order deems both proofs of claim timely filed as of its date, and it directs that both claims be treated as Class 17 allowed unsecured claims under Defendant's plan for purposes of voting and distribution, subject to any objection under 11 U.S.C. section 502. (*Id.*).

On October 2, 2026, Plaintiffs filed their proofs of claim in the bankruptcy case. Terrence Ray's claim is Claim No. 32, and Kervin Aleman's claim is Claim No. 33. As of the date of this report, Defendant has not objected to either claim.

On September 30, 2026, the bankruptcy court also held the hearing on confirmation of Defendant's plan, as Defendant modified it on September 29, 2026. (Bankr. Docs. 200, 261). The minute entry for that hearing states that the bankruptcy court confirmed the plan with modifications and agreements announced on the record and with the removal of a third-party injunction. (Bankr. Doc. 269). As of the date of this report, the bankruptcy court has not entered a written order confirming the plan.

**EFFECT ON THIS ACTION**

The automatic stay under 11 U.S.C. section 362(a) continues to apply to this action, and Plaintiffs ask that it remain stayed while the bankruptcy case proceeds. Plaintiffs will file a further status report within fourteen days after the bankruptcy court enters its written order confirming the plan, and no later than February 11, 2027 under the Court's order of February 11, 2026 (Doc. 11).

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: *<u>/s/ Douglas B. Welmaker</u>*
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFFS**
**TERRENCE RAY AND KERVIN ALEMAN**

**CERTIFICATE OF SERVICE**

On October 16, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system. On the same date, I served the document by email on Joyce W. Lindauer, counsel for Defendant in its bankruptcy case, at joyce@joycelindauer.com.

*/s/ Douglas B. Welmaker*
Douglas B. Welmaker